1082

No. 88–1672. ACOSTA v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 1st Cir. Certiorari denied.

No. 88–1673. BONELLO v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 88–1681. KEEHAN v. OFFICE OF DISCIPLINARY COUNSEL OF THE SUPREME COURT OF PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 88–1682. BREMNER ET AL. v. HAWAII HOUSING AUTHORITY ET AL. Sup. Ct. Haw. Certiorari denied.

No. 88–1683. SHELDON HALL CLOTHING, INC., ET AL. v. TRUSTEES OF THE AMALGAMATED INSURANCE FUND. C. A. 3d Cir. Certiorari denied.

No. 88–1693. KAZMANN v. ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–1734. DAYTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–5935. FULFORD v. BUTLER, WARDEN. Sup. Ct. La. Certiorari denied.

No. 88–6359. BEVERLY v. JONES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–6404. SCOTT v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 88–6440. GOODWIN, AKA MCGAVIN v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–6563. CAMPILLO v. SULLIVAN, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 88–6649. SAVAGE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 88–6808. MONTAGUE v. CITY OF PHILADELPHIA ET AL. C. A. 3d Cir. Certiorari denied.